UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MOHAMED MUSE, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:15-cv-01520 |
| | ) JUDGE CRENSHAW |
| SGT. PEPPER, et al., | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge, to which no timely objections have been filed. (Doc. No. 20.) The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 4(m) for Muse's failure to effect service of process and Rule 41(b) for his failure to prosecute and comply with the Court's Orders. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58. The Court **CERTIFIES** that any appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE